KEVIN C. LOMBARDI (DC BAR NO. 474114) (lombardik@sec.gov)
IAN R. DATTNER (NY BAR NO. 4411187) (dattneri@sec.gov)
SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549
Telephone: (202) 551-8753 (Lombardi)
Facsimile: (202) 772-9291 (Lombardi)

*Attorneys for Plaintiff Securities and Exchange Commission*

DAVID SIEGEL (CA BAR NO. 101355) (dsiegel@irell.com)
MARTIN N. GELFAND (CA BAR NO. 42462) (mgelfand@irell.com)
MORGAN D. MACBRIDE (CA BAR NO. 301248) (mmacbride@irell.com)
IRELL & MANELLA LLP
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Defendant Ryan Petersen*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RYAN PETERSEN,<br><br>Defendant. | Case No.    3:15-cv-04599-RS<br><br>**STIPULATED ORDER STAYING PROCEEDINGS** |

WHEREAS, counsel for Plaintiff Securities and Exchange Commission ("SEC" or the "Commission") and counsel for Defendant Ryan Petersen have reached a settlement in principle that would resolve all of the SEC's claims in this action;

WHEREAS, the settlement remains subject to approval by the Commission, and the parties need additional time to obtain Commission approval and to incorporate the settlement's terms into a written consent and a proposed final judgment for filing with the Court;

| | |
|---|---|
| 1 | WHEREAS, the finalized settlement would render moot all issues for the parties |
| 2 | and the Court to address at the April 20, 2017 case management conference; |
| 3 | IT IS HEREBY STIPULATED AND ORDERED: |
| 4 | A. That the proceedings in this action shall be stayed for 90 days; |
| 5 | B. That the April 20, 2017 case management conference is cancelled until |
| 6 | further order of this Court, and the parties shall not be required to submit the joint report |
| 7 | currently due on April 13, 2017; and |
| 8 | C. The parties shall promptly update the Court if circumstances arise that |
| 9 | would give grounds to believe that the settlement will not be finalized. |

| | | |
|---|---|---|
| 1 | DATED: April 7, 2017 | /s/ Kevin C. Lombardi |
| 2 | | Kevin Lombardi<br>DC Bar No. 474114 |
| 3 | | Email: lombardik@sec.gov<br>Ian R. Dattner |
| 4 | | NY Bar No. 4411187<br>Email: dattneri@sec.gov |
| 5 | | Division of Enforcement<br>Securities and Exchange Commission |
| 6 | | 100 F Street, N.E.<br>Washington, DC 20549 |
| 7 | | Tel: (202) 551-8753 (Lombardi)<br>Fax: (202) 772-9291 (Lombardi) |
| 8 | | |
| 9 | DATED: April 7, 2017 | /s/ Martin N. Gelfand<br>Martin N. Gelfand |
| 10 | | CA Bar No. 42462<br>Email: mgelfand@irell.com |
| 11 | | David Siegel<br>CA Bar No. 101355 |
| 12 | | Email: dsiegel@irell.com<br>Morgan Donoian MacBride |
| 13 | | CA Bar No. 301248<br>Email: mmacbride@irell.com |
| 14 | | IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900 |
| 15 | | Los Angeles, California 90067-4276<br>Telephone: (310) 277-1010 |
| 16 | | Facsimile: (310) 203-7199 |

**CERTIFICATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I attest that concurrence in the filing of this document has been obtained from the foregoing party listed immediately above this certification.

/s/ Kevin C. Lombardi

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/10/17

United States District / Magistrate Judge